UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-cr-20 (TSC) |
| | : | |
| **TIM LEVON BOUGHNER,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO VACATE TRIAL DATE

The United States of America respectfully moves for entry by this Court of an order vacating the trial date set for August 8, 2022 and the pretrial conference set for July 29, 2022.

1. On January 14, 2022, the defendant was charged in an eight-count Indictment with charges related to the January 6, 2021 Capitol riot. ECF No. 15.

2. On May 20, 2022, the Court set a trial date of August 8, 2022, and a pretrial conference for July 29, 2022.

3. On June 1, 2022, the defendant signed a plea agreement agreeing to plead guilty to Count Four of the Indictment in this case. A copy of the signed plea agreement was transmitted to the Court, and a change of plea hearing was requested by the parties.

4. On June 7, 2022, the Court set a plea agreement hearing for June 27, 2022.

5. Prior to the June 27, 2022, plea agreement hearing, defense counsel notified the Court that the plea agreement hearing should be changed to a status of counsel hearing because the defendant had expressed his intent to terminate his court-appointed counsel.

6. The June 27, 2022 plea agreement hearing was converted to a status conference and continued until July 8, 2022, when technical difficulties prevented the defendant from attending the June 27, 2022 status conference.

7. The July 8, 2022 status conference was continued until July 20, 2022 when technical difficulties prevented the defendant from attending the July 8, 2022 status conference.

8. The July 20, 2022 status conference remains set.

9. The parties agree that the August 8, 2022 trial date and the July 29, 2022 pretrial conference should be vacated regardless of the outcome of the pending July 20, 2022 status conference. The United States has conferred with counsel for the defendant regarding this motion and said counsel joins this request.

WHEREFORE, the United States respectfully requests that the Court enter an order vacating the August 8, 2022 trial date and the July 29, 2022 pretrial conference.

This 13th day of July, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   /s/ Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney – Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov