UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIM LEVON BOUGHNER,<br><br>Defendant. | Case No. 22-cr-0020 (TSC) |

**DEFENDANT'S CONSENT MOTION TO FURTHER CONTINUE STATUS HEARING**

Defendant Tim Levon Boughner, through counsel, respectfully moves for a continuance of the status conference scheduled for August 22, 2023. This would be our second request for a continuance of this hearing. The Court previously granted our initial request to continue it, which was predicated upon difficulties in making discovery materials available to Mr. Boughner. We request an approximately thirty-day adjournment of the August 22 hearing. The government consents to the relief sought in this motion. In support, we proffer the following:

1. Since the last hearing, the parties have conferred several times to address Defendant's discovery requests. Our impression is that the government is diligently seeking to provide all appropriate discovery in this case.

2. Our understanding is that the District of Columbia Correctional Treatment Facility ("CTF") has provided Mr. Boughner with the additional discovery materials referenced in our first motion to continue this status hearing. However, there now are additional discovery materials available which Mr. Boughner has not seen. We would not be able to provide these materials to Mr. Boughner, and he would not be able to review or consider them, prior to the hearing on August 22, 2023. Accordingly, we respectfully request one additional adjournment of this status hearing so that Mr. Boughner can review and consider all available discovery

materials in this case as he comes to a decision as to whether to accept the government's plea offer or seek a trial in this case.

      3.      For the foregoing reasons, it is respectfully submitted that this motion should be granted and the status hearing continued to a future date, approximately thirty days hence if that is consistent with the Court' schedule, to allow Mr. Boughner to review these additional materials and discuss them with us. Mr. Bougher waives the requirements of the Speedy Trial Act for the interim time period.

Dated: August 20, 2023　　　　　　　　　　Respectfully submitted,

                                                              */s/ Barry Coburn*  
                                                 Barry Coburn, DC Bar No. 358020  
                                                 Coburn & Greenbaum PLLC  
                                                 1710 Rhode Island Avenue, N.W.  
                                                 Second Floor  
                                                 Washington, DC  20036  
                                                 Tel:  202-643-9472  
                                                 Fax:  1-866-561-9712  
                                                 barry@coburngreenbaum.com

                                               *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, I caused this motion to be filed via the Court's electronic filing system (CM/ECF), which will serve copies upon all counsel of record.

       /s/ Barry Coburn
       Barry Coburn